**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

IN RE: RELIQUISHMENT OF: J.R.    :   No. 113 MAL 2016
                                    :
                                    :

PETITION OF: D.S.G., FATHER    :   Petition for Allowance of Appeal from
                                    :   the Order of the Superior Court

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 29th day of March, 2016, the Petition for Allowance of Appeal is

**DENIED**.


    Justice Wecht  did not participate in the consideration or decision of this

matter.